## Commonwealth ex rel. Gordon, Appellant, *v.* Warden, Bucks County Prison.

Submitted December 16, 1975. *Edward F. Kane*, for appellant; *John Lampi*, Assistant District Attorney, *Stephen B. Harris*, First Assistant District Attorney, and *Kenneth G. Biehn*, District Attorney, for appellee.

Order affirmed.